RIKER DANZIG SCHERER HYLAND
& PERRETTI LLP
Michael R. O'Donnell, Esq. (MO-7088)
Joseph L. Schwartz, Esq. (JS-5525)
Harold L. Kofman, Esq. (HK-3652)
One Speedwell Avenue
Headquarters Plaza
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800

Counsel for Plaintiff,
Chicago Title Insurance Company

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>SOLOMON DWEK, et al.,<br><br>Debtors. | Chapter 11<br><br>Hon. Kathryn C. Ferguson, U.S.B.J.<br><br>Case No. 07-11757 (KCF) |
| CHICAGO TITLE INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOLOMON DWEK,<br><br>Defendant. | Adv. Pro. No. 09-01009 (KCF)<br><br>**CERTIFICATION OF SERVICE OF SUMMONS AND COMPLAINT UPON DEFENDANT SOLOMON DWEK** |

I, Kevin J. Larner, Esq., of full age, hereby certify as follows:

1. I am an attorney at law in the State of New Jersey, a member of the bar of this Court and an associate of the law firm of Riker, Danzig, Scherer, Hyland & Perretti LLP, attorneys for plaintiff.

2. On January 9, 2009, I caused a copy of the Summons, Complaint and Pretrial Notice in this matter to be served upon defendant, Solomon Dwek ("Dwek") via first class United States mail at his residence of 311 Crosby Avenue, Deal, New Jersey. In addition, on January 9, 2009, I caused a copy of the aforementioned pleadings to be served upon Dwek's bankruptcy counsel Timothy Neumann, Esq. of Broege, Neumann, Fischer & Schaver, 25 Abe Voorhees Drive, Manasquan, New Jersey, via first class United States mail.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Kevin J. Larner
Kevin J. Larner, Esq.

Dated: February 3, 2009

3923386.1